CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

OCT 17 2008

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          *Plaintiff,*<br><br>v.<br><br>$15,716.00 IN U.S. CURRENCY,<br>          *Defendant.* | CIVIL NO. 6:90CV00004<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Augustine Perez's Motion to Void Judgment (docket no. 33), filed September 5, 2008. For the reasons set forth in the accompanying memorandum opinion, it is hereby ordered as follows:

1. Perez's Motion to Void Judgment is DENIED.

2. The Clerk of the Court is further directed to send a certified copy of this Order to all counsel of record and to Perez.

It is so ORDERED.

Entered this 17th day of October, 2008.

               /s/ Norman K. Moon
               NORMAN K. MOON
               UNITED STATES DISTRICT JUDGE