CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 1 2 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| UNITED STATES OF AMERICA, *Plaintiff*, | CIVIL NO. 6:90CV00004 |
|---|---|
| v. | ORDER |
| $15,716.00 IN U.S. CURRENCY, *Defendant*. | JUDGE NORMAN K. MOON |

This matter is before the Court upon Augustine Perez's Independent Action in Equity and Motion to Change Venue (docket no. 41), filed December 8, 2008. For the reasons set forth in the accompanying Memorandum Opinion, Perez's Independent Action in Equity and Motion to Change Venue are hereby DENIED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to Perez.

It is so ORDERED.

Entered this 12th day of December, 2008.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE